IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JACK MARTIN,[1] | § | |
| | § | |
| Respondent Below, | § | No. 383, 2023 |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | |
| TIFFANY BELL, | § | File No. CN22-01287 |
| | § | Petition No. 23-17333 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: February 9, 2024
Decided: February 26, 2024

## ORDER

On October 12, 2023, the respondent below-appellant, Jack Martin, filed a notice of appeal from the Family Court's decision granting joint legal custody and primary residence of the parties' child to the petitioner below-appellee, Tiffany Bell. After this Court denied Martin's motion to proceed *in forma pauperis*, the Clerk's Office advised Martin to pay the filing fee by November 27, 2023 or a notice to show cause would issue. Martin did not pay the filing fee. On November 28, 2023, the Clerk's Office issued a notice, by certified mail, directing Martin to show cause why this appeal should not be dismissed for his failure to pay the filing fee. Postal records showed that the notice to cause was unclaimed. The Clerk's Office re-sent the notice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

to show cause by first class mail. On January 12, 2024, the Clerk's Office reissued the notice to show cause, by certified mail, to Martin at a different address provided by the Family Court. Postal records again showed that the notice to cause was unclaimed. The Clerk's Office again re-sent the notice to show cause by first class mail. To date, Martin has not provided an updated address, responded to the notice to show cause, or paid the filing fee. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice